FILED

2011 NOV 23 AM 11: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY ———

1  WRIGHT, FINLAY & ZAK, LLP
2  Robin Prema Wright, Esq., SBN 150984
   Charles C. McKenna, Esq. SBN 167169
3  Joshua Hernandez, Esq., SBN 258266
4  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660
5  (949) 477-5050; Fax: (949) 477-9200
6
7  Attorneys for Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY;
   DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for
8  American Home Mortgage Investment Trust 2007-1; AMERICAN HOME
9  MORTGAGE INVESTMENT TRUST 2007-1; POWER DEFAULT SERVICES,
   INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
10

11             UNITED STATES DISTRICT COURT
12      CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

|  |  |
|---|---|
| JOEY SANTLEY and ALLISON SINGER-SANTLEY<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1; AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1; POWER DEFAULT SERVICES, INC.; AMERICAN BROKERS CONDUIT; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: ED CV 11 - 01866 VAP (OPx)<br><br>NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [FEDERAL QUESTION] |

-1-
NOTICE OF REMOVAL OF ACTION

**TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY ("Deutsche Bank"); DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1 ("Deutsche Bank, As Trustee"); AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1 ("Trust 2007-1"); POWER DEFAULT SERVICES, INC. ("Power Default"); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (collectively "Defendants") hereby remove to this Court the state court action described below:

1. On May 6, 2011, Plaintiffs JOEY SANTLEY and ALLISON SINGER-SANTLEY ("Plaintiffs") filed a Complaint against, in the Superior Court of the State of California, for the County of Riverside, entitled *Joey Santley, et al. v. Deutsche Bank National Trust Company, et al.*, ("State Court Action"). A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. Defendant Deutsche Bank was purportedly served with a copy of Plaintiff's Complaint on October 28, 2011. Thus, this Notice of Removal is timely as required by 28 U.S.C. § 1446(b).

3. Defendants are unaware if any other named defendant to the Action has been served with the Summons or Complaint in this Action, although reasonable diligence has been performed to ascertain such information. Therefore, their consent is not required.[1] In fact, the State Court has set an Order to Show Cause Hearing Re: Service and Dismissal for December 28, 2011 because Plaintiffs have failed serve all other Defendants other than Deutsche Bank.

---

[1] *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (the requirement for consent applies "only to defendants properly joined and served in the action."); *Salverson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1428 (9th Cir. 1984)

| | |
|---|---|
| 1 | 4. Upon information and belief, DOES 1 through 10 have not been |
| 2 | named or served, and thus their consent is not required.² |

### FEDERAL QUESTION

1. The Action may be removed to this Court in accordance with 28 U.S.C. § 1441(b) since this Court has original jurisdiction, pursuant to 12 U.S.C. § 1331, over the federal questions presented in Plaintiffs' Complaint. Specifically, Plaintiff's Complaint asserts causes of action for violations of the following codified laws of the United States:

    (a) Protecting Tenants at Foreclosure Act ("PTFA"), Pub.L. No. 111-22, § 702, 123 Stat. 1660 (2009).³

    (b) The Racketeer Influenced and Corrupt Organizations Act ("RICO") (18 U.S.C. § 1961 et seq.).⁴

2. Plaintiffs' right to relief under these federal claims depends on resolution of substantial questions of federal law. Accordingly, Defendants may remove this case to this Court.

3. Plaintiffs' remaining Causes of Action assert State law claims for Breach of Contract (First Cause of Action); Wrongful Foreclosure (Second Cause of Action); Wrongful Eviction (Third Cause of Action); Constructive Eviction (Fourth Cause of Action); Declaratory Relief (Fifth Cause of Action); Injunctive Relief (Sixth Cause of Action); Unfair Business Practices (*Cal. Business and Professions Code* §17200) (Ninth Cause of Action); Fraud (Eleventh Cause of Action).

///
///
///

---

² *Id.*
³ *See* Complaint ¶8, a true and correct copy is attached as Exhibit "1."
⁴ Complaint ¶8.

-3-
NOTICE OF REMOVAL OF ACTION

4. These state law claims are transactionally related to, and arise out of the same common nucleus of operative fact as the federal claims and, thus, would be part of the same case or controversy and subject to supplemental jurisdiction under 28 U.S.C. § 1367(a).

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: November 23, 2011  By: _____
Robin P. Wight, Esq.
Joshua R. Hernandez, Esq.
Attorneys for Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1; AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1; POWER DEFAULT SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**EXHIBIT "1"**

10/26/2011 16:57 FAX  9494938170           NEGRETELAW                                           ☒002/013

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:** Deutsche Bank National Trust Company;
**(AVISO AL DEMANDADO):** Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1; American Home Mortgage Investment Trust 2007-1; Power Default Services, Inc.; American Brokers Conduit; Mortgage Electronic Registration Systems, Inc. and Does 1 to 100, Inclusive.

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAY 06 2011
M. MEDRANO

**YOU ARE BEING SUED BY PLAINTIFF:** Joey Santley and Allison Singer-
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** Santley

0031566730

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es):
RIVERSIDE SUPERIOR COURT
46-200 Oasis Street
Indio, CA 92201

CASE NUMBER:
(Número del Caso):
INC 1103788

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Carlos F. Negrete, Esq. SBN 134658       (949)493-8115       Fax (949)493-8170
LAW OFFICES OF CARLOS F. NEGRETE
27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747

DATE:                           Clerk, by _____, Deputy
(Fecha)  MAY 06 2011            (Secretario)                (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

SUMMONS

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

12:06 pm
By hand
OCT 28 2011

10/26/2011 16:57 FAX 9494938170     NEGRETELAW      ☑003/013

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | | PLD-C-001 |
|---|---|---|
| Carlos F. Negrete, Esq. SBN 134658<br>LAW OFFICES OF CARLOS F. NEGRETE<br>27422 Calle Arroyo<br>San Juan Capistrano, CA 92675-2747 | | FOR COURT USE ONLY |
| TELEPHONE NO: (949)493-8115   FAX NO. *(Optional):* (949)493-8170<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs, Joey Santley & Allison Singer- | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>STREET ADDRESS: 46-200 Oasis Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Indio, CA 92201<br>BRANCH NAME: LARSON JUSTICE CENTER | | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>MAY 06 2011<br>M. MEDRANO |
| PLAINTIFF: Joey Santley and Allison Singer-Santley | | |
| DEFENDANT: (See Attachment One) | | |
| ☐ DOES 1 TO | | |
| **CONTRACT**<br>[X] COMPLAINT   ☐ AMENDED COMPLAINT *(Number):*<br>☐ CROSS-COMPLAINT ☐ AMENDED CROSS-COMPLAINT *(Number):* | | |
| Jurisdiction *(check all that apply):*<br>☐ ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded ☐ does not exceed $10,000<br>           ☐ exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>  ☐ from limited to unlimited<br>  ☐ from unlimited to limited | | CASE NUMBER:<br><br>INC 1103788 |

1. Plaintiff* *(name or names):* Joey Santley and Allison Singer-Santley

   alleges causes of action against defendant* *(name or names):* (See Attachment One)

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      ☐ except plaintiff *(name):*

      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*

   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [X] except defendant *(name):* Deutsche Bank        ☐ except defendant *(name):*

      (1) [X] a business organization, form unknown        (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*          (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*                   (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*                              (5) ☐ other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]   **COMPLAINT—Contract**   Legal Solutions Plus   Page 1 of 2<br>Code of Civil Procedure, § 425.12

| SHORT TITLE: Santley vs. Deutsche Bank et al | CASE NUMBER. | PLD-C-001 |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [X] Doe defendants *(specify Doe numbers):* 1 to 50, inclusive were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [X] Doe defendants *(specify Doe numbers):* 1 to 50, inclusive are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [X] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [X] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   [X] Breach of Contract
   [ ] Common Counts
   [X] Other *(specify):* Wrongful Foreclosure; Wrongful Eviction; Constructive Eviction; Declaratory Relief; Injunctive Relief; Violation of Protecting Tenants Against Foreclosure Act of 2009; Unfair Business Practices (17200); RICO; Fraud

9. [X] Other allegations:
   This complaint is being filed on an emergency basis in order to the protect the rights of title and possession affecting the real property commonly known as 51977 El Dorado Drive, La Quinta, CA 92253. This complaint will be amended prior to trial to fully set forth all the relevant facts and allegations concerning the claims herein.

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [X] damages of: $ Proof
    b. [X] interest on the damages
        (1) [X] according to proof
        (2) [ ] at the rate of *(specify):* percent per year from *(date):*
    c. [X] attorney's fees
        (1) [ ] of: $
        (2) [X] according to proof.
    d. [X] other *(specify):*
        Injunctive Relief and Declaratory Relief

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: May 5, 2011

Carlos P. Negrete, Esq. SBN 134658
                  (TYPE OR PRINT NAME)                              (SIGNATURE OF PLAINTIFF OR ATTORNEY)
                      *(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]              COMPLAINT—Contract                              Page 2 of 2

10/26/2011 16:58 FAX 9494938170     NEGRETELAW     ☒005/013

| | |
|---|---|
| SHORT TITLE: Santley vs. Deutsche Bank et al | CASE NUMBER: |

MC-025

**ATTACHMENT (Number):** One
*(This Attachment may be used with any Judicial Council form.)*

**Defendants:**

Deutsche Bank National Trust Company; Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-1; American Home Mortgage Inverstment Trust 2007-1; Power Default Services, Inc.; American Brokers Conduit; Mortgage Electronic Registration Systems, Inc. and Does 1 to 100, inclusive.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**



Legal
Solutions
©Plus

## SUPERIOR COURT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

- [ ] BANNING 135 N. Alessandro Road, Banning, CA 92220
- [ ] BLYTHE 265 North Broadway, Blythe, CA 92225
- [ ] HEMET 880 N. State St., Hemet, CA 92543
- [x] INDIO 46-200 Oasis St., Indio, CA 92201
- [ ] MURRIETA 30755-D Auld Road, Murrieta, CA 92563
- [ ] RIVERSIDE 4050 Main St., Riverside, CA 92501
- [ ] RIVERSIDE 4175 Main St., Riverside, CA 92501
- [ ] TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591

Name and Address   (949)493-8115
Carlos F. Negrete, Esq
LAW OFFICES OF CARLOS F. NEGR
27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747

Attorney for Plaintiff
or Party without Attorney

Joey Santley and Allison Singer-Santley

Plaintiff(s)

vs.

Deutsche Bank National Trust Company et al

Defendant(s)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAY 06 2011
M. MEDRANO

CASE NO. INC 1103788

### CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the Larson Justice Center Court for the following reason:

- [x] The action arose in this judicial district.
- [x] The action concerns real property located in this judicial district.
- [ ] The defendant resides in this judicial district.

Dated: May 6, 2011

LAW OFFICES OF CARLOS F. NEGR
Signed by: _____
ATTORNEY FOR PLAINTIFF(S)
OR PARTY WITHOUT ATTORNEY
Carlos F. Negrete, Esq

(Rev. 7-1-03)   CERTIFICATE OF COUNSEL

10/26/2011 16:58 FAX 9494938170　　　NEGRETELAW　　　　　　　　　　☑008/013



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
www.riverside.courts.ca.gov
Self-represented parties: http://riverside.courts.ca.gov/selfhelp/selfhelp.htm

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
### INFORMATION PACKAGE
(California Rules of Court, Rule 3.221; Local Rule, Title 4)

*** THE PLAINTIFF MUST SERVE THIS INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT. ***

### What is ADR?
Alternative Dispute Resolution (ADR) is a way of solving legal disputes without going to trial. The main types are mediation, arbitration and settlement conferences.

### Advantages of ADR:
- Faster: ADR can be done in a 1-day session within months after filing the complaint.
- Less expensive: Parties can save court costs and attorneys' and witness fees.
- More control: Parties choose their ADR process and provider.
- Less stressful: ADR is done informally in private offices, not public courtrooms.

### Disadvantages of ADR:
- No public trial: Parties do not get a decision by a judge or jury.
- Costs: Parties may have to pay for both ADR and litigation.

### Main Types of ADR:

**Mediation:** In mediation, the mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to create a settlement agreement that is acceptable to everyone. If the parties do not wish to settle the case, they go to trial.

### Mediation may be appropriate when the parties:
- want to work out a solution but need help from a neutral person; or
- have communication problems or strong emotions that interfere with resolution; or
- have a continuing business or personal relationship.

### Mediation is not appropriate when the parties:
- want their public "day in court" or a judicial determination on points of law or fact;
- lack equal bargaining power or have a history of physical/emotional abuse.

**Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration the arbitrator's decision is final; there is no right to trial. In "non-binding" arbitration, any party can request a trial after the arbitrator's decision. The court's mandatory Judicial Arbitration program is non-binding.

RI-ADR1A
Rev. 1/10

10/26/2011 16:58 FAX 9494938170          NEGRETELAW                                        ☑010/013

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | COURT USE ONLY |
|---|---|
| TELEPHONE NO.:          FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE <br> ☐ Banning - 135 N. Alessandro Road, Banning, CA 92220 <br> ☐ Hemet - 880 N. State Street, Hemet, CA 92543 <br> ☐ Indio - 46-200 Oasis Street, Indio, CA 92201 <br> ☐ Riverside - 4050 Main Street, Riverside, CA 92501 <br> ☐ Temecula - 41002 County Center Drive, Bldg. C - Suite 100, Temecula, CA 92591 | |
| PLAINTIFF(S): <br><br> DEFENDANT(S): | CASE NUMBER: |
| STIPULATION FOR ALTERNATIVE DISPUTE RESOLUTION (ADR) <br> (CRC 3.221; Local Rule, Title 4) | CASE MANAGEMENT CONFERENCE DATE(S): |

**Court-Ordered ADR:**
Eligibility for Court-Ordered Mediation or Judicial Arbitration will be determined at the Case Management Conference. If eligible, the parties agree to participate in:

☐ Mediation          ☐ Judicial Arbitration (non-binding)

**Private ADR:**
If the case is not eligible for Court-Ordered Mediation or Judicial Arbitration, the parties agree to participate in the following ADR process, which they will arrange and pay for without court involvement:

☐ Mediation          ☐ Judicial Arbitration (non-binding)
☐ Binding Arbitration   ☐ Other (describe): _____

Proposed date to complete ADR: _____

<u>SUBMIT THIS FORM ALONG WITH THE CASE MANAGEMENT STATEMENT.</u>

| PRINT NAME OF PARTY OR ATTORNEY <br> ☐ Plaintiff ☐ Defendant | SIGNATURE OF PARTY OR ATTORNEY | DATE |
|---|---|---|
| PRINT NAME OF PARTY OR ATTORNEY <br> ☐ Plaintiff ☐ Defendant | SIGNATURE OF PARTY OR ATTORNEY | DATE |
| PRINT NAME OF PARTY OR ATTORNEY <br> ☐ Plaintiff ☐ Defendant | SIGNATURE OF PARTY OR ATTORNEY | DATE |
| PRINT NAME OF PARTY OR ATTORNEY <br> ☐ Plaintiff ☐ Defendant | SIGNATURE OF PARTY OR ATTORNEY | DATE |

☐ Additional signature(s) attached

ALTERNATIVE DISPUTE RESOLUTION (ADR)
STIPULATION

RI-ADR18
Rev. 7/10

10/26/2011 16:59 FAX  9494938170     NEGRETELAW                              ☒012/013

| | | | CM-010 |
|---|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*: Carlos F. Negrete, Esq. SBN 134658<br>LAW OFFICES OF CARLOS F. NEGRETE<br>27422 Calle Arroyo<br>San Juan Capistrano, CA 92675-2747<br>TELEPHONE NO.: (949)493-8115   FAX NO.: (949)493-8170<br>ATTORNEY FOR *(Name)*: Plaintiffs, Joey Santley & Allison Sin | | | **FOR COURT USE ONLY** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>STREET ADDRESS: 46-200 Oasis Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Indio, CA 92201<br>BRANCH NAME: LARSON JUSTICE CENTER | | | |
| CASE NAME: Santley vs. Deutsche Bank et al | | | |
| **CIVIL CASE COVER SHEET**<br>[X] Unlimited   [ ] Limited<br>(Amount    (Amount is<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | **Complex Case Designation**<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | CASE NUMBER:<br>INC 1103788<br>JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   - [ ] Auto (22)
   - [ ] Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   - [ ] Asbestos (04)
   - [ ] Product liability (24)
   - [ ] Medical malpractice (45)
   - [ ] Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   - [ ] Business tort/unfair business practice (07)
   - [ ] Civil rights (08)
   - [ ] Defamation (13)
   - [ ] Fraud (16)
   - [ ] Intellectual property (19)
   - [ ] Professional negligence (25)
   - [ ] Other non-PI/PD/WD tort (35)

   **Employment**
   - [ ] Wrongful termination (36)
   - [ ] Other employment (15)

   **Contract**
   - [ ] Breach of contract/warranty (06)
   - [ ] Rule 3.740 collections (09)
   - [ ] Other collections (09)
   - [ ] Insurance coverage (18)
   - [ ] Other contract (37)

   **Real Property**
   - [ ] Eminent domain/Inverse condemnation (14)
   - [X] Wrongful eviction (33)
   - [ ] Other real property (26)

   **Unlawful Detainer**
   - [ ] Commercial (31)
   - [ ] Residential (32)
   - [ ] Drugs (38)

   **Judicial Review**
   - [ ] Asset forfeiture (05)
   - [ ] Petition re: arbitration award (11)
   - [ ] Writ of mandate (02)
   - [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
   - [ ] Antitrust/Trade regulation (03)
   - [ ] Construction defect (10)
   - [ ] Mass tort (40)
   - [ ] Securities litigation (28)
   - [ ] Environmental/Toxic tort (30)
   - [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   - [ ] Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   - [ ] RICO (27)
   - [ ] Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   - [ ] Partnership and corporate governance (21)
   - [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [X] nonmonetary; declaratory or injunctive relief  c. [X] punitive

4. Number of causes of action *(specify)*: Nine

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: May 5, 2011

Carlos F. Negrete, Esq. SBN 134658
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use                                   Page 1 of 2
Judicial Council of California    **CIVIL CASE COVER SHEET**    Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
CM-010 [Rev. July 1, 2007]                                      Cal. Standards of Judicial Administration, std. 3.10

10/26/2011 16:59 FAX 9494938170          NEGRETELAW                                    ☒013/013

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                                         CM-010

To Plaintiffs and Others Filing First Papers. If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice—
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
    Contract/Warranty Breach—Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment (non-
      domestic relations)
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late
      Claim
    Other Civil Petition

CM-010 (Rev. July 1, 2007)                                    **CIVIL CASE COVER SHEET**                                        Page 2 of 2

## PROOF OF SERVICE

I, Barbara Espinoza, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On November 23, 2011, I served the within **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [FEDERAL QUESTION]** on all interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

   Carlos F. Negrete, Esq.
   LAW OFFICES OF CARLOS F. NEGRETE
   27422 Calle Arroyo
   San Juan Capistrano, CA  92675
   Tel.: (949) 493-8115
   Fax: (949) 493-8170
   **Attorney for Plaintiffs**

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]  (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]  (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically to the parties at the e-mail address indicated. To the best my

-1-

PROOF OF SERVICE

-2-

knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

[ ] (BY NORCO - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Delivery Services with the delivery fees provided for.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2011, at Newport Beach, California.

/s/ B. Espinoza
Barbara Espinoza

PROOF OF SERVICE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

### EDCV11- 1866 VAP (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [X] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY